PAUL J. FISHMAN
United States Attorney
MARIELENA PIRIZ
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, New Jersey 07102
Tel. (973) 645-2813
Fax. (973) 297-2010
e-mail: marielena.piriz@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LUZ MERY MONCADA, as Executrix of the Estate of LUIS MONCADA and LUZ MERY MONCADA individually, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, DR. RICHARD WATSON, and John/Jane Does #1-25 (being the fictitious names of persons who are not presently known to plaintiff), <br><br> Defendants. | HON. WILLIAM H. WALLS <br><br> Civil Action No. 12-cv-2622 (WHW) (CLW) <br><br> STIPULATION OF DISMISSAL |

WHEREAS Plaintiffs, Luz Mery Moncada, as Executrix of the Estate of Luis Moncada, and Luz Mery Moncada, individually (collectively "Plaintiffs"), and Defendant the United States of America have amicably resolved all of Plaintiffs' claims against the United States of America, its agents, servants, and employees in the above-captioned action;

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and the United States of America, by their respective counsel, that all of Plaintiffs' claims against the United States of America, its agents, servants, and employees in the above-captioned action are

0

dismissed with prejudice and without costs, attorneys' fees, expenses, or disbursements to any party.

Dated: New York, New York
April 22, 2016

THE PAGAN LAW FIRM, PC
Attorneys for Plaintiffs

By: _____
TANIA M. PAGAN, ESQ.

Dated: Newark, New Jersey
April 25, 2016

PAUL J. FISHMAN
United States Attorney
Attorney for United States of America

By: _____
MARIELENA PIRIZ
Assistant United States Attorney

So Ordered.

_____
THE HONORABLE WILLIAM H. WALLS
UNITED STATES DISTRICT JUDGE
Dated: May 17, 2016